UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

DYRON MORRIS JACKSON,

                        Plaintiff,

            -against-

DR. EARNEST BONAPARTE, et al.,

                        Defendants.

-------------------------------------------------------------------X

25-CV-811 (JPO) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      This case was referred to the undersigned for general pretrial supervision. Plaintiff's deadline to serve the Defendants was April 28, 2025. That date has now passed, and Plaintiff has not filed an affidavit of service to the docket. Plaintiff is directed to serve the summons and complaint on Defendants and file an affidavit of service to the docket by **May 30, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
               May 5, 2025

                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge