```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2025
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

DYRON MORRIS JACKSON,

                Plaintiff,

-against-

DR. EARNEST BONAPARTE, et al.,

                Defendants.

-------------------------------------------------------------------X

25-CV-811 (JPO) (VF)

**ORDER**

VALERIE FIGUEREDO, United States Magistrate Judge:

      Plaintiff submitted affidavits of service reflecting that Defendants were served on May 30, 2025. To date, Defendants have not appeared in this action or responded to the Complaint. Defendants are directed to respond to the Complaint by **July 14, 2025**. Plaintiff is directed to serve a copy of this order on Defendants.

      **SO ORDERED.**

DATED:    New York, New York
              June 25, 2025

                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge