```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2025
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

DYRON MORRIS JACKSON,

                Plaintiff,

-against-

DR. EARNEST BONAPARTE, et al.,

                Defendants.

-------------------------------------------------------------------X

25-CV-811 (JPO) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

    Plaintiff is directed to file an amended complaint and serve it on Defendants by **September 29, 2025**. Plaintiff is reminded that he must effectuate proper service in accordance with the Federal Rules of Civil Procedure.

    **SO ORDERED.**

DATED:    New York, New York
                August 25, 2025

                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge