UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DYRON MORRIS JACKSON,                                    25-CV-811 (JPO) (VF)

                    Plaintiff,

                                                                       **ORDER**

              -against-

DR. EARNEST BONAPARTE, et al.,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP") on September 26, 2025. See ECF No. 21. The primary purpose of IFP status is to permit a plaintiff to proceed without prepayment of the filing fee. See 18 U.S.C. §§ 1914(a), 1915(a)(1). Plaintiff filed the complaint on January 28, 2025, and paid the filing fee. ECF No. 1. Plaintiff's IFP application is therefore moot. See, e.g., Button v. New York Times Co., No. 24-CV-05888 (MKV), 2024 WL 4751363, at *1 (S.D.N.Y. Oct. 4, 2024) (denying IFP application where plaintiff previously paid the filing fee).

      If Plaintiff is concerned about the payment of fees on PACER, Plaintiff does not have to pay the PACER fees for the first copy of a document. See https://www.uscourts.gov/court-programs/fees/electronic-public-access-fee-schedule ("Parties in a case (including *pro se* litigants) and attorneys of record receive one free electronic copy, via the notice of electronic filing or notice of docket activity, of all documents filed electronically[.]").

**SO ORDERED.**

DATED:   New York, New York
           October 3, 2025

                                                                        _____
                                                                        VALERIE FIGUEREDO
                                                                        United States Magistrate Judge