**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DYRON MORRIS JACKSON,
                                                                        25-CV-811 (JPO) (VF)

                          Plaintiff,

                                                                              **ORDER**

              -against-

DR. EARNEST BONAPARTE, et al.,

                          Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

       Plaintiff is directed to file a status update on the service of defendants by **January 16,**

**2026**.

       The Clerk of the Court is respectfully directed to mail a copy of this order to pro se

Plaintiff.

       **SO ORDERED.**


DATED:       New York, New York
             December 19, 2025


                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge