**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DYRON MORRIS JACKSON,

25-CV-811 (JPO) (VF)

               Plaintiff,

**ORDER**

        -against-

DR. EARNEST BONAPARTE, et al.,

             Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

On January 21, 2026, the Court directed Plaintiff to provide the Court with proof of service for each defendant, as explained at page four of the Service of Process packet provided at ECF No. 27. See ECF No. 30. Plaintiff has not provided proof of service and no defendants have appeared in this action. Plaintiff is directed to file the proof of service by **March 27, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

    **SO ORDERED.**

DATED:    New York, New York
           March 13, 2026

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge