**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

DYRON MORRIS JACKSON,

Plaintiff,

25-CV-811 (JPO) (VF)

**ORDER**

-against-

DR. EARNEST BONAPARTE, et al.,

Defendants.

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

Plaintiff, proceeding pro se, filed an amended complaint on April 24, 2026. See ECF No. 34. As directed by the Court at ECF No. 33, Plaintiff filed affirmations of service for each Defendant. See ECF Nos. 36-40. Service on the Defendants appears proper, but none of the Defendants have appeared or otherwise participated in this action.

Defendants are directed to respond or request an extension of time to file their response by **October 15, 2026**. Defendants are hereby warned that **FAILURE TO APPEAR OR OTHERWISE PARTICIPATE IN THIS ACTION MAY RESULT IN THE ENTRY OF DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF**.

The Clerk of the Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

**SO ORDERED.**

DATED: New York, New York
September 15, 2026

VALERIE FIGUEREDO
United States Magistrate Judge