**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

DYRON MORRIS JACKSON,

Plaintiff,

25-CV-811 (JPO) (VF)

**ORDER**

-against-

DR. EARNEST BONAPARTE, et al.,

Defendants.
--------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

Plaintiff Dyron Morris Jackson's service (see ECF No. 44) of the summons and amended complaint to Defendant Dr. Ernest Bonaparte was deficient. Federal Rule of Civil Procedure 4(e)(1) allows service of an individual by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made[.]" In turn, New York Civil Practice Law and Rules ("NY CPLR") § 308(4) permits service "by affixing the summons to the door of either the actual place of business, dwelling place or usual place of abode within the state of the person to be served **and** by either mailing the summons to such person at his or her last known residence[.]" NY CPLR § 308(4) (emphasis added). Plaintiff's affirmation of service (ECF No. 44) for Defendant Bonaparte states that service was completed "by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat." ECF No. 44. Plaintiff did not, however, provide any indication that he completed the second requirement of NY CPLR § 308(4), simultaneous mailing of the summons and amended complaint to Defendant Bonaparte's last known residence. Plaintiff is ordered to re-attempt service on Defendant Bonaparte. If Plaintiff wishes to complete service through NY CPLR § 308(4), he must again affix a copy of the summons and amended complaint to

Defendant Bonaparte's door and simultaneously mail copies of those documents to Defendant Bonaparte's last known residence.

**SO ORDERED.**

DATED: New York, New York
November 5, 2026

VALERIE FIGUEREDO
United States Magistrate Judge